# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | |
|---|---|
| Stephanie Lawson )<br>*Plaintiff* )<br> )<br>v.   )<br> )<br>Trans Union, LLC )<br>*Defendant* )<br> ) | Case No.   5:17-cv-00225-JMH |

### NOTICE OF SETTLEMENT

Please take notice that Plaintiff, Stephanie Lawson, has reached a settlement with Defendant Trans Union, LLC. Once the settlement is final, the parties will file a joint dismissal with prejudice.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Stephanie Lawson*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Stephanie Lawson*

## **CERTIFICATE OF SERVICE**

      This is to certify that I filed the foregoing via the Court's CM/ECF system on this 5th day of July, 2017, which will send a Notice of Electronic Filing to all counsel of record.

          /s/ James H. Lawson
          *Counsel for Plaintiff*
          *Stephanie Lawson*