```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
                CENTRAL DIVISION at LEXINGTON
```

STEPHANIE LAWSON,              )
                               )
    Plaintiff,                 )
                               )           Civil Case No.
v.                             )           17-cv-000225-JMH
                               )
TRANS UNION, LLC.,             )
                               )
    Defendant.                 )           **ORDER**
                               )

                                           \*\*\*

In light of the parties' Stipulation of Dismissal between Plaintiff and Defendant Trans Union, LLC [DE 9], and the Court being sufficiently advised, **IT IS ORDERED**:

(1) That all claims in this matter are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees and

(2) That the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**.

This the 6th day of October, 2017.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge